JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARA WASTE WATER COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARTHUR J. GALLAGHER AND CO., et al.,<br><br>　　　　Defendants. | Case No. CV 17-1084-MWF(AJWx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　The Court has reviewed the parties' Joint Stipulation of Dismissal with Prejudice (Docket No. 84), filed March 12, 2024, in which Plaintiffs Santa Clara Waste Water Company and Green Compass Environmental Solutions, LLC, and Defendant Arthur J. Gallagher & Co., stipulated to dismiss this entire action, with prejudice, in exchange for a waiver of fees and costs.  For good cause shown,

　　IT IS HEREBY ORDERED that the entire action as set forth herein is DISMISSED in its entirety, with prejudice, with each party to bear its own fees and costs.

　　**IT IS SO ORDERED.**

Dated:  March 13, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge